United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 23, 2014
Docket #: 11-3591cr
Short Title: United States of America v. Goffer (Goldfarb)

DC Docket #: 1:10-cr-56-3
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 1:10-cr-56-4
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 1:10-cr-56-1
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 1:10-cr-56-6
DC Court: SDNY (NEW YORK CITY)
DC Judge: Sullivan

## NOTICE OF NON-JURISDICTION

This is to acknowledge receipt of papers dated December 22, 2014, in the case referenced above. Because this case was mandated on November 13, 2013, this Court no longer has jurisdiction to entertain your request. For this reason, your papers are returned unfiled.

Inquiries regarding this case may be directed to 212-857-8523.